ORIGINAL

FILED

12/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0508

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0508

RANDALL KEITH ORTON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

DEC 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### O R D E R

    Appellant Randall Keith Orton has filed a eleventh motion for extension to file his opening brief.

    IT IS HEREBY ORDERED that Appellant has until January 26, 2023, within which to file his opening brief.

    No further extensions will be granted.

    DATED this 13 day of December, 2022.

                    For the Court,

                                    Chief Justice